Brian L. Larsen, Esq. (SB# 158252)
Lauren B. Gelber, Esq. (SB# 237935)
LAW OFFICES OF BRIAN L. LARSEN
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
(415) 398-5000

Attorney for Plaintiff
CEDRIC BACCHUS

FILED
2010 MAY 26 A 11: 10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CEDRIC BACCHUS,

    Plaintiffs,

v.

DARRELL SHAWN TUCKER, UNITED STATES OF AMERICA, Does 1 to 10,

    Defendants.

Case No.: C 10-00804 JL

**CASE MANAGEMENT STATEMENT**

I, Brian L. Larsen declare:

1. I am an attorney at law duly licensed to practice in the State of California and am the attorney of record for plaintiff herein.

2. On March 4, 2008, plaintiff was driving his vehicle northbound on Ingalls Street in San Francisco when he came to a stop sign at the intersection with Harbor Road. After coming to a complete stop, plaintiff was struck in the rear by the vehicle driven by defendant Darrel Shawn Tucker who was acting within the course and scope of his employment for the United States Postal Service.

1

3. As a result of this incident, plaintiff sustained injuries and have continued to cause plaintiff great mental, physical and nervous pain and suffering.

4. We have made several attempts to serve out the defendant Darrell Shawn Tucker, but pursuant to the current address we have, the defendant has moved out of the father's homes and we are conducting a new database search in order to locate a new address.

5. We are still making attempts to locate and serve the defendant Darrell Shawn Tucker and the United States Postal service and request a continuance of 90 days in order to have all parties served.

6. I respectfully request that the Case Management Conference scheduled for Wednesday, June 9, 2010 at 10:30am be continued for 90 days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 26, 2010

BRIAN L. LARSEN
Attorney for Plaintiff

The Case Management Conferences shall be continued to September 15, 2010 at 10:30 a.m.

IT IS SO ORDERED.



IT IS SO ORDERED
Judge James Larson

2

Plaintiff's Case Management Statement