IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC BACCHUS,<br><br>    Plaintiff,<br><br>  v.<br><br>DARRELL SHAWN TUCKER, UNITED STATES OF AMERICA, and Does 1 through 10,<br><br>    Defendants.<br>_____/ | No. C 10-00804 JSW<br><br>**ORDER TO SHOW CAUSE** |

By order dated September 3, 2010, this Court set a case management conference for September 17, 2010 at 1:30 p.m. The order required that all parties appear through lead counsel or counsel sufficiently well versed in the matter to enable counsel to discuss all items referred to in the order and with authority to enter stipulations, to make admissions, and to agree to further scheduling dates.

Brian L. Larsen and Lauren B. Gelber, counsel for Plaintiff Cedric Bacchus, without leave of Court or notice to any of the parties, failed to appear at the case management conference held on September 17, 2010, in violation of Civil L. R. 16-10(c). Counsel who did appear was not on the docket and not lead counsel. Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE why monetary sanctions in the amount of $500 each should not be imposed on Larsen and on Gelber and why this case should not be dismissed for failure to

///

///

prosecute. Plaintiff's counsel shall respond in writing by September 27, 2010 as to why such sanctions should not be imposed.

**IT IS SO ORDERED.**

Dated: September 20, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2