IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CEDRIC BACCHUS,

    Plaintiff,

  v.

DARRELL SHAWN TUCKER, UNITED STATES OF AMERICA, and Does 1 through 10,

    Defendants.

No. C 10-00804 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on November 5, 2010 on Defendants' motion to dismiss. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than October 5, 2010 and a reply brief, if any, shall be filed by no later than October 12, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 21, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE