# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| CEDRIC BACCHUS, | No. C 10-00804 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| DARRELL SHAWN TUCKER, et al., | |
| Defendants. | |

On October 14, 2010, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of November 18, 2010. (Dkt. #26.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by October 28, 2010; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the November 18 hearings scheduled in this matter and ORDERS Plaintiff Cedric Bacchus to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by November 10, 2010, and the Court shall conduct a hearing on November 18, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge