UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CEDRIC BACCHUS,<br><br>　　　　　Plaintiff,<br>　v.<br>DARRELL SHAWN TUCKER, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 10-00804 MEJ<br><br>**ORDER DISCHARGING TO SHOW CAUSE**<br><br>**ORDER SCHEDULING HEARING RE: MOTION TO DISMISS** |

On November 1, 2010, the Court ordered Plaintiff Cedric Bacchus to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Having received Plaintiff's counsel's declaration in response, the Court hereby DISCHARGES the order to show cause. As Defendant's motion to dismiss remains pending, (Dkt. #15), the Court shall conduct a hearing on December 16, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall **e-file** any opposition or statement of non-opposition by November 18, 2010, and Defendant shall file any reply by December 2, 2010.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge