UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CEDRIC BACCHUS, | No. C 10-00804 MEJ |
| Plaintiff, | **SECOND ORDER TO SHOW CAUSE** |
| v. | |
| DARRELL SHAWN TUCKER, et al., | |
| Defendants. | |

On October 14, 2010, the Defendants in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of November 18, 2010. (Dkt. #26.) Pursuant to Civil Local Rule 7, Plaintiff's opposition was due by October 28, 2010; however, Plaintiff failed to file an opposition. Accordingly, on November 1, 2010, the Court ordered Plaintiff Cedric Bacchus to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. (Dkt. #27.) Having received Plaintiff's counsel's declaration in response, (Dkt. #29), the Court discharged the order to show cause, scheduled a hearing on Defendants' motion on December 16, 2010, and ordered Plaintiff to file any opposition by November 18, 2010. (Dkt. #28.)

Plaintiff has again failed to file an opposition. Considering that Plaintiff is represented by counsel, his repeated failure to file an opposition is troubling. Accordingly, the Court hereby VACATES the December 16, 2010 hearing and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by December 16, 2010. As a previous order to show cause has already been issued and, in response, Plaintiff's counsel apologized "for not having the dates calendared" and stated that he would "not allow any mistakes to continue," Plaintiff should be mindful that he must establish good cause in his declaration to allow this case to go forward.

**IT IS SO ORDERED.**

Dated: December 1, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge