UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CEDRIC BACCHUS, | No. C 10-00804 MEJ |
| Plaintiff, | |
| v. | **ORDER DISCHARGING OSC** |
| DARRELL SHAWN TUCKER, et al., | |
| Defendants. | |

On December 1, 2010, the Court issued an order for Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. However, on December 6, 2010, the parties were able to reach a settlement of this matter in mediation. Accordingly, the Court DISCHARGES the order to show cause. However, as no dismissal has been filed, Plaintiff should be mindful that the Court may reinstate the order to show cause if Defendants advise the Court that there has been a delay in executing any necessary settlement agreement documents.

**IT IS SO ORDERED.**

Dated: December 21, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge