1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JENNIFER S WANG (CSBN 233155)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6967
6  Facsimile:  (415) 436-6748
   Email: jennifer.s.wang@usdoj.gov
7
   Attorneys for the Federal Defendant
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | CEDRIC BACCHUS,                    ) No. C 10-0804 MEJ
                                        )
13 |     Plaintiff,                     ) **STIPULATION OF DISMISSAL WITH**
                                        ) **PREJUDICE**
14 |     v.                             )
                                        )
15 | DARRELL SHAWN TUCKER, UNITED       )
   | STATES OF AMERICA, Does 1 through  )
16 | 10,                                )
                                        )
17 |     Defendants.                    )

18     THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE
19  FOLLOWING STIPULATION:
20     Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Cedric Bacchus, and defendant
21  United States of America hereby stipulate to dismiss with prejudice the above-captioned action,
22  including all claims that were asserted therein. Each party will bear its own costs and attorneys'
23  fees.
24
25  DATED: 1/10/11            By: Cedric M Bacchus
                              CEDRIC BACCHUS
26                            Plaintiff

27                            LAW OFFICE OF BRIAN L. LARSEN
28  DATED: 1/10/11            By:
                              LAUREN B. GELBER
                              Attorney for Plaintiff

```
                                    MELINDA HAAG
                                    United States Attorney

DATED: 2/14/11                      By: /s/ Jennifer S Wang
                                    JENNIFER S WANG
                                    Assistant United States Attorney
```

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 15, 2011



HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

SETTLEMENT AGREEMENT AND [PROPOSED] ORDER
C10-0804 MEJ                                    2